| | | | |
|---|---|---|---|
| Ellenburg v. Kirkegard<br>State v. Ellenburg<br>Ellenburg v. Wilson, et al. | OP 16-0267<br>DA 15-0603<br>DA 16-0057<br>Denied | 06/28/16 | Original Proceeding<br>Habeas Corpus and<br>other direct appeal<br>matters |
| Lawrence v. Kirkegard | OP 16-0366<br>Denied | 06/28/16 | Original Proceeding<br>Habeas Corpus |
| Coon v. State | OP 16-0350<br>Denied | 06/28/16 | Original Proceeding<br>Habeas Corpus |
| Gribble v. 16th Judicial Dist. Ct. | OP 16-0349<br>Denied | 06/28/16 | Original Proceeding<br>Supervisory Control |